IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RASHAD SHERIFE OLIPHANT,

    Plaintiff,

v.                                                                              CASE NO. 5:10cv135/RS-AK

DANNY SYLVESTER,

    Defendant.

_____/

## O R D E R

Before me is the Second Amended Complaint filed on June 17, 2010 (Doc. 9). Plaintiff did not provide information about his former cases in his Complaint nor did he file his Second Amended Complaint on the proper forms. Upon review of the Second Amended Complaint, the Court discovered that Plaintiff has been barred as a "three striker" in the United States District Court for the Middle District of Florida. (See Doc. 4 in Case No. 3:06cv253-HLA-HTS). As such, he should not have been given leave to proceed in forma pauperis in this case and this case should be dismissed.

The Prison Litigation Reform Act of 1995 (PLRA), which was enacted on April 26, 1996, provides that a prisoner may not bring a civil action *in forma pauperis* under 28 U.S.C. § 1915:

> if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Plaintiff has had three or more prior prisoner actions dismissed in federal court on the grounds that they failed to state a claim or were malicious: Case No. 1:96-cv-129 (W.D.N.C); Case No. 1:97-cv-214 (W.D.N.C.); and Case No. 3:04-cv-1261-J-99TEM (M.D. Fla.).

The instant complaint alleges that Plaintiff was forced to wait in line for canteen products despite having a medical pass that prohibited him from standing over 10 minutes. These allegations do not bring him within the "imminent danger" exception.

**IT IS ORDERED:**

1. The Order granting Plaintiff's Motion for Leave To Proceed *In Forma Pauperis* (Doc. 12) is hereby **vacated**.

2. The motion for leave (Doc. 4) is **denied.**

3. This case is dismissed without prejudice to Plaintiff making the same allegations in a complaint for which he pays the full $350.00 filing fee at the time of filing the complaint.

**ORDERED** on August 16, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**